**James GIBSON, Employee/Appellant,**

v.

**FERGUSON–FLORISSANT SCHOOL DISTRICT,**

**and**

**Music, c/o Gallagher Bassett, Employers/Respondents.**

**No. 67525.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 19, 1995.

Gerald M. Dunne, G.M. Dunne, P.C., Clayton, for appellant.

Betsy J. Levitt, Evans & Dixon, St. Louis, for respondents.

Before REINHARD, P.J., KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Claimant appeals the Labor and Industrial Relations Commission's (Commission)

award denying three claims for workers' compensation. We affirm. The order of the Commission is supported by substantial and competent evidence on the whole record. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).